**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 19 2012

10:35am

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V** | § | **NO: 7:12-CR-05-O** |
| | § | |
| **CLINTON DOIS CLARK (8)** | § | |

---

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**CLINTON DOIS CLARK**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 of the Indictment**. After cautioning and examining **CLINTON DOIS CLARK** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **CLINTON DOIS CLARK** be adjudged guilty and have sentence imposed accordingly.

Date:   November 19, 2012

_____
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE

**Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).**